JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICHOLAS E. DEAN,                          ) NO. CV 09-7320 CAS (SS)
                                           )
                   Petitioner,             )
                                           )
          v.                               )          **JUDGMENT**
                                           )
DOMINGO URIBE, JR., Warden,                )
                                           )
                   Respondent.             )
_____)

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 10, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE